IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM P. RAGUSA,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and ADP
TOTALSOURCE CO XXI,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1260

_____/

Opinion filed February 18, 2016.

An appeal from an order from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chairman.

William P. Ragusa, pro se, Appellant.

Cristina Angelica Velez, Tallahassee, for Appellees.


PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and RAY, JJ., CONCUR.